IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE GREEN, | : CIVIL ACTION |
| Plaintiff, | : |
| v. | : No. 11-6727 |
| PHILADELPHIA PRISON SYSTEM, PRISON HEALTH SERVICES, INC., and MENTAL HEALTH MGMT. SERVICES, INC., | : |
| Defendants. | : |

## ORDER

AND NOW, this 3rd day of May, 2012, upon consideration of the Motion for the Appointment of Counsel filed by the Plaintiff Tyrone Green (Doc. No. 6) in his action against Defendants Philadelphia Prison System, Prison Health Services, Inc., and Mental Health Management Services, Inc., it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

ROBERT F. KELLY
SENIOR JUDGE